AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MUKESHBHAI LALLUBHAI PATEL,

Petitioner.

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,

Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 5:25-cv-188

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 4, 2026, this case is hereby consolidated into

Civil Action No. 5:25-cv-178 and stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date  Febury 9, 2·26

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020